Certificate Number: 03088-PAE-DE-032228719

Bankruptcy Case Number: 19-10305



03088-PAE-DE-032228719

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 30, 2019, at 4:00 o'clock PM CST, Agnes A Bantawan completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 30, 2019              By:   /s/Doug Tonne

                                      Name: Doug Tonne

                                      Title: Counselor